

**COMPLAINT**

FILED
07 OCT 29 AM 10:01
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
DEPUTY

# UNITED STATES DISTRICT COURT
## FOR THE
### SOUTHERN DISTRICT OF CALIFORNIA

'07 MJ 2520

|  |  |
|---|---|
| UNITED STATES OF AMERICA | COMPLAINT FOR VIOLATION OF |
| v. | U.S.C. Title 18 Section 2113(a) |
| TAMERA ANNE PRAZMA | Bank Robbery |

BEFORE _____    San Diego, California
NAME OF MAGISTRATE                  ADDRESS OF MAGISTRATE

THE UNDERSIGNED COMPLAINANT BEING DULY SWORN STATES:

That on or about September 14, 2007, at El Cajon, California, within the Southern District of California:

**TAMERA ANNE PRAZMA**

did by force, violence and intimidation unlawfully take from the person and presence of employees at the Washington Mutual Bank, 2644 Jamacha Road, El Cajon, California, United States currency in the sum of $5,700.00, belonging to, or in the care, custody, management or possession of the Washington Mutual Bank, 2644 Jamacha Road, El Cajon, California, whose deposits were then insured by the Federal Deposit Insurance Corporation, in violation of Title 18, United States Code, Section 2113 (a), a felony;

And the complainant states that this complaint is based on the attached affidavit which is incorporated herein by reference.

David J. Eaton, FBI
Special Agent, FBI

Sworn to before me, and subscribed in my presence on this 26th day of October, 2007.

United States Magistrate Judge

PROBABLE CAUSE STATEMENT

I declare under penalty of perjury the following statement is true and correct:

1. I am a Special Agent of the Federal Bureau of Investigation (FBI), currently assigned to the San Diego Field Office. The information contained in this probable cause statement is based upon my personal knowledge and on information I have learned from reviewing official reports and speaking with other Special Agents of the FBI, San Diego County Sheriff's Department, and other law enforcement agencies.

2. On Saturday, September 15, 2007, I conducted interviews at the Washington Mutual Bank, 2644 Jamacha Road, El Cajon, California, which had been robbed on Friday, September 14, 2007.

3. I have learned the following from the victim teller: On Friday, September 14, at approximately 5:10 p.m., the victim teller was working at her teller window when a lone white female, later identified as TAMERA ANNE PRAZMA, approached her teller window. PRAZMA placed a sealed white envelope onto the teller counter. The victim teller asked, "Deposit?" thinking it was a legitimate business transaction. PRAZMA did not respond. The victim teller opened the envelope and found a robbery demand note inside. The demand note read, "DO NOT HIT ALARM. ONLY 100's AND 50's. NO DYE PACKS AND NO BAIT. FOLLOW MY INSTRUCTIONS AND NO ONE GETS HURT. 10K - Put in envelope." PRAZMA held her hands at her

1

side where the victim teller could not see them. The victim teller complied with the demand note and placed U.S. currency from her teller drawer into a bank envelope. PRAZMA took the loot from the victim teller, turned and walked out of the bank via the north lobby doors. The victim teller immediately activated her robbery alarm and told other employees that she had just been robbed. The victim teller looked outside the bank and observed the robber getting into the driver's seat of what she described as a newer model black Ford F250 pickup truck which was parked in the lot just north of the bank. The pickup truck backed out of the parking space and quickly drove away. The victim teller described the robber as follows:

| | |
|---|---|
| Race: | White |
| Sex: | Female |
| Height: | 5'6" - 5'8" |
| Build: | Stocky; large torso |
| Disguise: | Bushy blonde hair past the shoulders; possibly a wig |
| Clothing: | Faded maroon flannel button-down long-sleeved shirt with beige buttons |
| Glasses: | Large, black plastic framed sunglasses |

4. I have reviewed Crime/Incident Reports prepared by Deputies of the San Diego County Sheriff's Department. Those reports include the statement of a bank employee/witness who was interviewed on September 14, 2007,

1  shortly after the robbery of the Washington Mutual Bank, 2644
2  Jamacha Road, El Cajon, California, who advised as follows:
3  Immediately after she was notified that the bank had just
4  been robbed, the witness observed a female matching the
5  robber's description getting into the driver's seat of a dark
6  blue newer model Ford F150 pickup truck bearing California
7  disabled license plate DP0283A.  The getaway vehicle backed
8  out of the parking space and fled the area.
9          5.  On Wednesday, October 24, 2007, I reviewed a
10 report prepared by the California Department of Motor
11 Vehicles (DMV).  The DMV report listed all California
12 disabled license plates assigned to Ford vehicles in the
13 County of San Diego.  During my review of that report, I
14 identified vehicle license plate 0283A DP as being assigned
15 to a Ford vehicle.  The registered owners of that vehicle
16 were identified as RANDY PRAZMA and TAMERA PRAZMA, 964 - 12th
17 Street, Imperial Beach, California.  DMV records described
18 TAMERA PRAZMA as a white female, 5'2" tall, weighing 175
19 pounds.  I obtained a color photograph of TAMERA PRAZMA's
20 California Driver's License.
21         6.  On Thursday, October 25, 2007, at approximately
22 9:15 a.m., I observed a newer model navy blue Ford F150
23 pickup truck, bearing California Disabled Plate 0283A DP,
24 parked on the street at the entrance to the west alley of the
25 900 block of 12th Street, Imperial Beach, California.
26         7.  On Thursday, October 25, 2007, at approximately
27 9:20 a.m., I contacted TAMERA PRAZMA at 964 - 12th Street,
28 Imperial Beach, California, which she confirmed was her

3

1 | residence.  TAMERA PRAZMA also confirmed that the Ford F150
2 | pickup truck bearing California license plate 0283A DP, which
3 | was parked nearby, belonged to her and her husband.  During
4 | that contact, I was accompanied by another FBI Special Agent
5 | who informed me that he observed what appeared to be a new
6 | flat screen television inside PRAZMA's residence.
7 |         8.   On Thursday, October 25, 2007, at approximately
8 | 10:00 a.m., I interviewed TAMERA PRAZMA at the San Diego FBI
9 | Field Office.  After being advised of her Constitutional
10 | Miranda rights, PRAZMA advised that she wished to speak to
11 | her attorney before answering questions.  At that point, the
12 | interview was terminated and PRAZMA was taken into custody.
13 | During the course of the booking process, I observed that
14 | PRAZMA's sandals appeared to be identical to the sandals worn
15 | by the bank robber as depicted in the surveillance
16 | photographs from the September 14, 2007, robbery of the
17 | Washington Mutual Bank, 2644 Jamacha Road, El Cajon,
18 | California.  PRAZMA's sandals were subsequently seized as
19 | evidence.
20 |         9.   Based on my review of TAMERA PRAZMA's DMV
21 | photograph, as well as my personal observations of TAMERA
22 | PRAZMA's physique, it appears that TAMERA PRAZMA is the same
23 | individual depicted in bank surveillance photographs as the
24 | individual who robbed the Washington Mutual Bank, 2644
25 | Jamacha Road, El Cajon, California, on September 14, 2007.
26 |         10.  PRAZMA is described as follows:
27 |         Name:                    TAMERA ANNE PRAZMA
28 |         Race:                    White

| | | |
|---|---|---|
| | Sex: | Female |
| | Date of Birth: | July 6, 1970 |
| | Height: | 5'2" |
| | Weight: | 200 pounds |
| | Hair: | Blonde |
| | Eyes: | Brown |
| | Social Security #: | 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 |
| | Residence: | 964 - 12th Street |
| | | Imperial Beach, California |

11. I was advised during the course of my investigation on September 15, 2007, that the deposits of the Washington Mutual Bank, 2644 Jamacha Road, El Cajon, California, were insured by the Federal Deposit Insurance Corporation (FDIC) at the time of the robbery on September 14, 2007. The Washington Mutual Bank suffered a loss of $5,700.00 as a result of that robbery.

Executed on October 26, 2007, at __10:45__ (a.m)/p.m.

_SA David J. Eaton, FBI_
David J. Eaton
Special Agent, FBI

On the basis of the facts presented in this probable cause statement consisting of 5 pages, I find probable cause to believe that the defendant named in this probable cause statement committed the offense on September 14, 2007, in violation of Title 18, United States Code, Section 2113(a) (Bank Robbery).

_____        _____
United States Magistrate Judge          Date/Time

5

| | | |
|---|---|---|
| 1 | Sex: | Female |
| 2 | Date of Birth: | July 6, 1970 |
| 3 | Height: | 5'2" |
| 4 | Weight: | 200 pounds |
| 5 | Hair: | Blonde |
| 6 | Eyes: | Brown |
| 7 | Social Security #: | 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 |
| 8 | Residence: | 964 - 12th Street |
| 9 | | Imperial Beach, California |

11. I was advised during the course of my investigation on September 15, 2007, that the deposits of the Washington Mutual Bank, 2644 Jamacha Road, El Cajon, California, were insured by the Federal Deposit Insurance Corporation (FDIC) at the time of the robbery on September 14, 2007. The Washington Mutual Bank suffered a loss of $5,700.00 as a result of that robbery.

Executed on October 26, 2007, at  10:45  a.m./p.m.

_SA David J. Eaton, FBI_
David J. Eaton
Special Agent, FBI

On the basis of the facts presented in this probable cause statement consisting of 5 pages, I find probable cause to believe that the defendant named in this probable cause statement committed the offense on September 14, 2007, in violation of Title 18, United States Code, Section 2113(a) (Bank Robbery).

_Barbara L. Major_
United States Magistrate Judge       10/26/07 at 11:00am
                                      Date/Time